UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:98-CR-179-001

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| CHEKOBI RASHA PERRY | ) | |

It now appearing to the court that the said Chekobi Rasha Perry died on or about March 22, 2010, at which time a remaining liability existed in the amount of $5,202.76

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 13th day of September, 2011

Malcolm J. Howard
U.S. District Court Judge